**John Wayne LUNSFORD,
Petitioner–Appellant,**

**v.**

**C.D. JUMAO–AS, Dr.; Sterling Pollack, Dr.; Jon Hinz; Regional Health Services Administration; J.T. O'Brien, Associate Warden; Pat W. Koehane, Respondents–Appellees.**

No. 96–56503.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 2, 1998.*

Order Decided Feb. 13, 1998.

Order Published March 23, 1998.

Catherine Valerio Barrad and James M. Harris, Sidley & Austin, Los Angeles, California, for the plaintiff-appellant.

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a) and Ninth Circuit Rule 34–4.

Robert I. Lester, Assistant United States Attorney, Los Angeles, California, for the appellees.

Before: FLETCHER, MAGILL,** and T.G. NELSON, Circuit Judges.

### ORDER

The request for publication is GRANTED.

The dispositive order filed February 13, 1998, is redesignated as a published order.

### ORDER

We agree with both parties that because John Wayne Lunsford seeks only damages in his *Bivens* action, he was not required to exhaust his administrative remedies before filing this lawsuit in the district court in light of the fact that the Administrative Remedy Program only provides for injunctive relief. *See* 42 U.S.C. § 1997e(a); *Honig v. Doe,* 484 U.S. 305, 327, 108 S.Ct. 592, 606, 98 L.Ed.2d 686 (1988). Therefore, we VACATE the district court's order dismissing Lunsford's complaint and denying his application to proceed *in forma pauperis,* and REMAND this case to the district court for further proceedings consistent with this order.

VACATED AND REMANDED.

** Honorable Frank J. Magill, Senior United States Circuit Judge for the Eighth Circuit Court of Appeals, sitting by designation.